**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-1021**

───────────────

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

versus

WALTER J. STANISLAWSKI, JR., President, Social
Security Administration Baltimore Federal
Credit Union,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
97-2244-S)

───────────────

Submitted: March 26, 1998          Decided: April 7, 1998

───────────────

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Lawrence Verline Wilder, Sr., Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his complaint for failure to comply with the court's order requiring him to file a more definite statement of his civil rights claims. Appellant also appeals the district court's order denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilder v. Stanislawski</u>, No. CA-97-2244-S (D. Md. Oct. 29 & Nov. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>